

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-14-00516-CV

**IN THE INTEREST OF J.O. AND A.O., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02019
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The reporter's record was due August 1, 2014, but neither the record nor a notification of late record was filed. Accordingly, on August 6, 2014, we rendered an order requiring the court reporter, David R. Zarate, to file the reporter's record on or before August 18, 2014. In our order, we reminded the court reporter that, by statute, this appeal is accelerated and is to take precedence over other matters. *See* TEX. FAM. CODE ANN. § 109.002(a) (West 2014). We also advised the reporter that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. Specifically, with regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record in a termination appeal. TEX. R. APP. P. 28.4(b)(2). Despite our order, neither the record nor a notification of late record was filed.

Accordingly, we again **ORDER** David R. Zarate, the court reporter, to file the reporter's record on or before **September 4, 2014**. Mr. Zarate is advised that if the record is not received by this date, we may order him to appear and show cause why he should not be held in contempt. Mr. Zarate is further advised that no extensions of time will be granted absent written proof of extraordinary circumstances.

We further **order** the clerk of this court to serve this order on **DAVID R. ZARATE** by certified mail, return receipt requested, and by first class United States mail in addition to the usual methods of service. Moreover, because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court. Pursuant to Rule 28.4(b), the trial court is required to direct the responsible reporter to immediately commence the preparation of the record once an appeal is filed, and if necessary, arrange for a substitute reporter to allow the responsible reporter to complete the record relating to the termination. TEX. R. APP. P. 28.4(b)(1).

Finally, we **order** the clerk of this court to serve a copy of this order on all counsel.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2014.

Keith E. Hottle
Clerk of Court